# United States Court of Appeals
## For the First Circuit

---

No.  08-1964

CHARLES SANTANA-CASTRO; FÉLIX SANTANA-CARMONA;
AIDA SANTANA-CASTRO,
Plaintiffs, Appellants,

v.

PEDRO TOLEDO-DÁVILA, Superintendent of the
Puerto Rico Police Department; JOSÉ RAMOS-GONZÁLEZ,
Commander of the Fajardo Region; JOSÉ LEBRÓN-ALICEA,
Supervisor; NELSON TORRES-GONZÁLEZ, Commander of the
Special Operations Unit; JESÚS SÁNCHEZ-ZAVALA, Police Officer;
ISRAEL CANDELARIA-VÉLEZ, Police Officer; JOHN DOE;
DIONISIO MOLINA-PADRÓ, Police Officer,
Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2009, is amended as follows:

On p.8, line 9: add closing quotation mark after "pleadings."

On p.8, line 10: replace "321" with "320."